Vanessa R. Waldref
United States Attorney
Eastern District of Washington
George J.C. Jacobs III
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00232-TOR-2 |
| Plaintiff, | United States Response to Defendant's Motion for Return of Certain Property Seized Pursuant to a Search Warrant |
| v. | |
| SANDRA VICTORIA TALENTO, | Hearing: February 7, 2023 at 6:30 p.m. Without Oral Argument |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney, for the Eastern District of Washington, and George J.C. Jacobs III, Assistant United States Attorney for the Eastern District of Washington, submits the following response Defendant's pro se motion for return of property. ECF No. 991.

Defendant cites no authority for a return of property. To prevail on a Rule 41(g) motion, the moving party "must demonstrate (1) she is entitled to lawful possession of the seized property; (2) the property is not contraband; and (3) either the seizure was illegal or the government's need for the property has ended." *United States v. Van Cauwenberghe*, 827 F.2d 424, 433 (9th Cir. 1987). However, where there are no pending criminal charges against the moving party, the Rule 41(g) motion should be construed as a civil action in equity.

United States Response to Defendant's Motion for Return of Certain Property - 1

The government opposes Defendant's motion to the extent that it seeks the return of Items numbered 7, 31, and seven of the 26 thumb drives contained in Items 19 and 20. The government's need for the evidence contained in these items has not ended as co-defendant William Mize remains a fugitive.

The government does not oppose Defendant's motion to the extent that it seeks the return of Items numbered 2, 6, 8, 11, 21, 22 (consisting of two CDs), 28 and 32. Regarding Items numbered 19 and 20, which consist of 26 thumb drives, the government can return 19 of the 26 thumb drives.

Regarding Item number 10, FBI SA Butler has notified undersigned counsel that it is a duplicate entry as only two iPhones were seized from the Defendant's residence.

Dated: January 17, 2023.

Vanessa R. Waldref
United States Attorney

*s/ George J.C. Jacobs III*
George J.C. Jacobs III
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record:

Mark E. Vovos
Attorney for Defendant Sandra Victoria Talento

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants(s):

Sandra Talento
3785 Mauna Loa
Brea, CA 92823

_s/ George J.C. Jacobs III_
George J.C. Jacobs III
Assistant United States Attorney