**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Thomas S. Foley United States Courthouse, Room 840
Spokane, Washington 99201
Mailing: P.O. Box 1493
Spokane, WA 99210

———————
OFFICIAL BUSINESS

US POSTAGE
$ 00.60
First-Class
Mailed From 99201
01/31/2023
032A 0061854519

LOS ANGELES CA 900

SPOKANE WA 9

9 FEB 2023 PM

RECEIVED

FEB 22 2023

CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

LEGAL MAIL

Sandra Victoria Talento
Register Number: 21194-085
GARDEN GROVE CCC
111    BARCLAY DRIVE
GARD

NIXIE        911    FE 1        0002/17/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 99210149393        *2029-07870-01-39

Case 2:18-cr-00232-TOR    ECF No. 999    filed 02/22/23    PageID.7276    Page 2
of 2
Case 2:18-cr-00232-TOR    ECF No. 997    filed 01/31/23    PageID.7265    Page 1 of 7

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA VICTORIA TALENTO,<br><br>Defendant. | NO. 2:18-CR-0232-TOR-2<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RETURN OF PROPERTY AND RESITITUTION RESOLUTION |

BEFORE THE COURT is Defendant's pro se Motions for Return of Property and Restitution Resolution. ECF Nos. 991 and 992. The Government filed its responses in opposition. ECF Nos. 993 and 994. Defendant filed a reply to the restitution issue only. ECF No. 996. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, the completed briefing, and is fully informed. For the reasons discussed below, Defendant's Motions are denied.

ORDER DENYING DEFENDANT'S MOTION FOR RETURN OF PROPERTY AND RESITITUTION RESOLUTION ~ 1