1

2

3

4

5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

6   UNITED STATES OF AMERICA,

7                                    Plaintiff,

8          v.

    WILLIAM OLDHAM MIZE, IV

9   _____,

10                         Defendant.

NO:  2:18  -CR- 232  -TOR

DEFENDANT'S SPEEDY TRIAL WAIVER
AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO
CONTINUE TRIAL DATE

11      My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to

12   go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was

13   later.  My attorney has also advised me that a continuance of the trial is needed and we have

    discussed the reasons for the continuance.  A motion to continue the trial date has been or will be

14   filed. I ask this Court to grant the motion and reset the trial from its current date of

15    June 13, 2024
    _____ to a date no later than  December 31, 2024            for the
                                                   _____

16   following reasons pursuant to 18 U.S.C. § 3161:

17    Analyze discovery, develop potential pretrial motions, and prepare a defense.
    _____

18   _____

19   _____

    _____

20   _____

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 1

1

2    I understand that if the Court grants the motion to continue, all time between the date the

3    motion was filed and the new trial date will be excluded from the speedy trial calculations

     pursuant to the Speedy Trial Act.

4    I declare under penalty of perjury that the foregoing is true and correct.

5    _/s/ William O. Mize, IV*_____
     Defendant

6    Date:   June 13, 2024_____

7    I have read this form and discussed its contents with my client.

     /s/ Andrew M. Wagley*_____

8    Counsel for Defendant

9    Date:   June 13, 2024_____

10   I have translated this form into a language in which the Defendant is conversant.  If

     questions have arisen, I have notified the Defendant's counsel of the questions and have not

11   offered any advice nor personal opinions.

12

     _____

13   Interpreter

     Date:   _____

14

15   * Undersigned Counsel hereby certifies that: (1) Counsel discussed this Speedy Trial Waiver
     with Mr. Mize; (2) Mr. Mize consents to this Waiver; and (3) Mr. Mize authorizes and
     consents to Counsel signing on his behalf.

16

17

18

19

20

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 2